# MINUTE ORDER

CASE NUMBER:      CV 08-00502HG-KSC

CASE NAME:        Patsy N. Sakuma v. Association of Apartment Owners of The Tropics at Waikele et al

JUDGE:   Helen Gillmor

DATE:    December 3, 2008

COURT ACTION:        MINUTE ORDER

On December 2, 2008, Defendant Karen N. Blondin filed a MOTION TO DISMISS, (Doc. 11).

Pursuant to Local Rule 7.2(d), the Court elects to decide the foregoing motion on the documents without a hearing.

The opposition memorandum to Defendant Karen N. Blondin's Motion to Dismiss shall be filed on or before December 22, 2008.  Any response is due on or before January 5, 2009.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:  Patsy N. Sakuma, Pro se
     Lance S. Au, Esq.
     Robyn B. Chun, Esq.
     Russell A. Suzuki, Esq.
     Chief Judge Gillmor's chambers