**LODGED**

HG

JUL 02 2009

PATSY N. SAKUMA
10960 ASHTON AVE. #30
LOS ANGELES, CA 90024
TEL. NO. (310) 478-6755

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 2 2009

at 3 o'clock and 20 min. P M.
SUE BEITIA, CLERK

Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| PATSY N. SAKUMA, an individual, | Civ. No. 08-00502 HG:KSC |
| Plaintiff, | SECOND AMENDED AFFIDAVIT OF PATSY N. SAKUMA |
| vs. | |
| ASSOCIATION OF CONDOMINIUM HOME OWNERS OF THE TROPICS AT WAIKELE; JAMES S.KOMETANI, COMMISSIONER, | FRCP 56, 28 USC LR.56.1(h), 10.3 & 7.7 |
| Defendants. | |

### SECOND AMENDED AFFIDAVIT OF PATSY N. SAKUMA

STATE OF CALIFORNIA    )
                       ) SS.
COUNTY OF LOS ANGELES  )

I, PATSY N. SAKUMA ("Affiant"), being first duly sworn, deposes and says:

1. She is the Plaintiff Pro Se in the above-captioned action.

2. Exhibit A is a true copy of the Transcript of the October 25, 2005 Order

   To Cause Hearing By Judge David A. Ezra Why Sanctions Should Not

   Be Imposed Upon Plaintiff Reimbursing Defendants

Second Amended Affidavit of Patsy N. Sakuma
6/30/09

For Fees and Costs re: to Plaintiff's Motion For Relief in the related Main Action in this same district Civ. No. 01-00556 DAE:BMK ("Main Action").

    3.    Exhibit A-1 is a true and correct copy of Defendant Association of Apartment Owners Of The Tropics At Waikele ("AOAO," now "HOA")'s Memorandum in Opposition to Plaintiff's Motion For Relief From Final Order And Final Judgment, and Award Of Attorney Fees and Costs, and Sanctions, filed 1/26/04, in the Main Action, that your Affiant had copied on or about June 17, 2009 from the Clerk's Office of this judicial district. On or about June 14, 2009 Affiant, to the best of her recollection and belief, had a copy in her possession of said Exhibit A-1 in her Los Angeles, California residence, but for unknown reasons, it was misplaced/losts/stolen the next day on June 15, 2009 before she had gone to the printers. Sakuma did not file a report with the Los Angeles Police Department ("LAPD") since in the past in the Main Action the LAPD told her if there is no evidence of a break in they do not investigate. This was the case in this last incident and back sometime when Sakuma attempted to report the possible unlawful entry to her Los Angeles residence to the best of her recollection and belief in the switching of the 8/23/02 date of requesting another hearing her original copy of AOAO's Exhibit D to its CR 58 Opposition, not the 7/23/02 date now appearing in her copy of said Exhibit D to CR 58 since several months before the filing of her Appeal No.

06-16121 in the Main Action and excerpts. Said Exhibit D to CR 58 is a copy of her August 29, 2009 letter to the Magistrate Judge Barry M. Kurren in the Main Action.

4. Exhibit B is a true and correct copy of Defendants Joint Answering Brief to Plaintiff's Civ. Appeal No. 05-16940 to the Main Action.

5. Exhibit C is a true and correct copy of the Ninth Circuit's Docket Sheet re: Defendants' October 19, 2006 letter re: no intent to file answering brief to Plaintiff's Civ. Appeal No. 06-16121, consolidated with Civ. No. 05-16940 to the Main Action.

6. Exhibit D is a true and correct copy of Defendant AOAO's Motion For Order To Show Cause Why Plaintiff Patsy N. Sakuma Should Not Be Found In Contempt Of Court in the Main Action.

7. Exhibit E is a true copy of the Transcript of the June 25, 2007 Motion For Order To Show Cause Hearing before Judge David Alan Ezra.

8. Exhibit F is a true and correct copy of the caption page and pages 11-12 of Plaintiff's Memorandum of Point and Authorities In Support Of Motion to Compel Compliance With Subpoena Duces Tecum dated July 25, 2007, filed with Errata Sheet to Motion For Relief filed on September 5, 2007.

9. Exhibit G is a true and correct copy of Plaintiff's Errata Sheet to Notice and Motion For Relief filed on September 18, 2007.

10. Exhibit H is a true and correct copy of Defendant AOAO's Memorandum in Opposition to Plaintiff's Motion For Relief filed on September 24, 2007.

11. Exhibit I is a true and correct copy of AOAO's Memorandum in Opposition To Plaintiff's Motion For Order To Show Cause Why AOAO Should Not Be Designated As Vexatious Litigants.

12. Exhibit J is a true and correct copy of the Memorandum In Opposition To Plaintiff's Motion For Order To Show Cause Why AOAO Should Not Be Designated As Vexatious Litigants filed by Love Yamamoto & Motooka, Milton M. Motooka (Gary Miyamoto) entered on October 19, 2007.

13. Exhibit K at K-1 to K-3 is a true and correct copy of Defendants' Joint Letter dated January 3, 2008 re: no intent to file answering brief in Appeal Civ. No. 07-16396.

14. Exhibit K at K-4 to K-6 is a true and correct copy of Defendants' Joint Letter dated May 5, 2008 re: no intent to file answering brief in Appeal Civ. Nos. 07-17189 and 07-17298.

15. Exhibit L at L-1 and L-2 is a true copy of the version in Sakuma's possession and the version in the U.S. District Court for the

Hawaii District's possession when Sakuma viewed the files in the Main Action on or about October 25, 2005 of Sakuma's August 29, 2002 letter to Magistrate Judge Barry M. Kurren.

16. Exhibit M is a true and correct copy of the August 26, 1998 Memorandum from Peter M. Aiello, V.P. Director of Design and Construction, Schuler Homes, LLC re: Tropics Lot 139, 94-1016 D Maiau Street, Waipahu, HI 96797 under Building Permit No. 413911 issued by the City and County of Honolulu dated February 18, 1998.

17. Exhibit N is a true and correct copy of Exhibit A to Sakuma's Title Report to Tropics Lot 139, 94-1016 D Maiau Street, Waipahu, HI 96797 from Title Guarantee of Hawaii, Inc.

18. Exhibit O is a true and correct copy of Lease Of House-Unfurnished dated January 1, 1999 by Patsy N. Sakuma, Lessor, and her father, Kohei Sakuma, Lessee.

19. Exhibit P is a true and correct copy of Tropics At Waikele Addendum B to Sales/Reservations Agreement dated November 14, 1998 by and between Schuler Homes, Seller, and Sakuma, Buyer, marked Excerpt 302 [to Appeal No. 07-16396 and 07-17189].

20. Exhibit Q is a true and correct copy of Milton M. Motooka's letter dated August 17, 2000 to Sakuma.

21. Exhibit R is a true and correct copy of Sakuma as Defendant's Notice of Removal, filed in the U.S. District Court For The Hawaii District as Civ. No. 02-00147 HG:LEK filed March 8, 2002; District Court for the First Circuit, State of Hawaii, Civ. No. 1RC01-5514; Exhibits A-1 to A-9, B-1 to B-4 & C-1.

22. Exhibit S is a true and correct copy of the Joint Tortfeasor/Joint Obligor Release and Indemnity Agreement in the Main Action pursuant to Recommended Order 08/08/02 and Adopted Order 09/13/02.

23. Exhibit T at T-1 is a true and correct copy of Milton M. Motooka's August 6, 2004 letter to Ms. Cheryl Soon, Director of Transportation Services [City and County of Honolulu] re: Right of Entry for HandiVan.

24. Exhibit T at T-2 is a true and correct copy of Cheryl Soon's August 9, 2004 letter to Patsy N. Sakuma re: Milton M. Motooka's August 6, 2004 letter to Ms. Cheryl Soon, Director of Transportation Services [City and County of Honolulu] re: Right of Entry for HandiVan.

25. Exhibit U at U-1 is a true and correct copy of Patsy N. Sakuma's Facsimile Cover Sheet to Milton M. Motooka, Esq., dated August 25, 2004.

26. Exhibit U at U-2 and U-3 is a true and correct copy of Patsy N. Sakuma's letter to AOAO c/o Hawaiiana [Management Company, Ltd., co-Defendant in the Main Action] and Milton M. Motooka, Esq., dated August 25, 2004 and copy to Kevin P.H. Sumida, Esq.

27. Exhibit V is a true and correct copy of Mark G. Valencia's June 21, 2007 letter to Patsy N. Sakuma re: Sakuma's Subpoena Duces Tecum on Nancy J. Youngren, Esq., Case, Lombardi & Pettit.

28. Exhibit W is a true and correct copy of Patsy N. Sakuma/ Appellant's Errata Sheet to Informal Rehearing/Rehearing En Banc Petition filed pursuant to Ninth Circuit Order Entered On April 17, 2009 in Appeal Nos. 07-16396, 07-17189 and 07-17298.

29. Exhibit X at X-1 and X-2 is a true and copy of Tropic At Waikele's June 2006 and Spring 2008 News letters, respectively.

30. Exhibit Y at Y-1 to Y-2 is a true and correct copy of Randal K. Sing's June 8, 2007 letter re: Notice of Intent to Foreclose on the Lien.

31. Exhibit Y at Y-3 is a true and correct copy of page 2 to March 10, 2008 Tenant [Fee] History for Patsy N. Sakuma.

32. Exhibit Z is a true copy of the Main Action's Docket Sheet.

33. Exhibit B-1.1 is a true and correct copy of the first page of the First Circuit of the Circuit Court of the State of Hawaii's Docket Sheet in the related Second State Action [Foreclosure] brought by HOA against Affiant and other Defendants in Civ. No. 07-1-1487 that your Affiant obtained from the Records Department sometime in late 2008.

34. Exhibit B-1.2 to 1.5 is a true and correct copy of Order Granting Plaintiff's Motion For Approval Of Commissioner To Auction Property Without Open Houses And/Or For Further Instruction.

35. Affiant lives in the Dwelling know as 94-1016 D Maiau Street, Waipahu, HI as a second home one to two weeks per year, or less.

36. To the best of Affiant's information and knowledge, her handicap, wheel-chair bound mother, Alice I. Sakuma, is 82-years old and moved out of the Dwelling on or about May 7, 2007 to live in foster homes due to falling and breaking her ankle at the Dwelling, caused in part by Developer, Co-Defendant D.R. Horton, Schuler Homes, LLC's breach of the Release as to installing grab-bars to her ground-level powder room.

37. To the best of Affiant's information and belief, Sakuma has disputed the findings and ruling of the Proposed Order to HOA's Motion For Confirmation Of Auction Sale heard on June 4, 2009 and has not been informed of any filed Order to this date, and only that it is out for

approval by co-Defendants in that Second State [Foreclosure] Action brought by HOA in the First Circuit of the Circuit Court of the State of Hawaii as Civ. No. 07-1-1487.

38. To the best of Affiant's recollection and belief, since sometime in 2005 to the present, she has been using public computers at the Los Angeles Public Library - Westwood Village and West Los Angeles branches, the Beverly Hills Library, and at two of the Kinko's Westwood Village locations at 90024 zipcode, to write her legal pleadings in this Action and the Main Action due to her suspicion of hacking into her home computer and since she lacked funds to upgrade it with new security software. To the best of Affiant's information and belief, at each public location stated above she has experienced computer problems such as not being able to save her document, corrupted documents, or locked documents, missing text, or possible hacking, etc. Affiant has brought to the attention of the librarian in Westwood Village since she most frequently uses that branch, but they merely can report it to their technicians or other librarians claim it only is happening to Affiant's files. Affiant, however, has heard other library members also complain to the librarians of their word processing documents not being saved and changes disks to new ones as soon as she can afford it.

39. On or about June 19, 2009, Affiant's files for her Amended Summary Judgment Motion, including but not limited to her revised Original Affidavit were not saved by the Westwood Branch computers she had used. On June 20, 2009, Sakuma ran out of time to retype her Affidavit and obtain a new notary seal for it due to the FedExt cut-off time in Los Angeles. Affiant had no choice but to submit her Original Affidavit to meet Sumida's agreed to delivery date of June 22, 2009, but she still reasonably believed a copy of the Original Affidavit would satisfy LR.56.1(h).

_____
Patsy N. Sakuma, Affiant
Plaintiff Pro Se

SWORN and SUBSCRIBED to before me
on this __29__ day of __June__, 2009.

_____
Notary Public
Seal:

LA CA

Amended Affidavit of Patsy N.
Sakuma, 6/29/09 to SJM
2nd Amended, 6/30/09

10

I declare under penalty of perjury the foregoing is true and correct.

_____
Patsy N. Sakuma, Affiant
Plaintiff Pro Se

SWORN AND SUBSCRIBED to before me
on this _30_ day of _June_, 2009

_____
Notary Public
Seal:

FARAMARZ BOLANDPOUR
COMM. # 1740870
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. APR. 22, 2011

LA, CA

Second Amended Affidavit of Patsy N. Sakuma    11
6/30/09