AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

PATSY N. SAKUMA,

Plaintiff(s),

V.

ASSOCIATION OF CONDOMINIUM
OWNERS OF TROPICS AT
WAIKELE, COMMISSIONER JAMES
S. KOMETANI.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: 1:05-CV-00502-HG-KSC

[  ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✔]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED for lack of jurisdiction, pursuant to the "Order Denying Plaintiff's Amended Motion for Summary Judgment; Order Dismissing Case for Lack of Jurisdiction" issued by Senior Judge Helen Gillmor on September 15, 2009.

| September 16, 2009 | SUE BEITIA |
|---|---|
| Date | Clerk |
|  | /s/ Sue Beitia by BA |
|  | (By) Deputy Clerk |